JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
CAROLYN B. HALL, CA Bar No. 212311
carolyn.hall@ogletree.com
ETHAN LAI, CA Bar No. 347130
ethan.lai@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:     415-442-4870

RICARDO R. BOURS, CA Bar No. 325020
ricardo.bours@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:     602-778-3700
Facsimile:     602-778-3750

Attorneys for Defendant
APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC.

*[Additional parties on the next page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:24-cv-02318-WBS-SCR<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING MEDIATION**<br><br>Complaint Filed: April 25, 2024<br>Trial Date:      None Set<br>Judge:           Hon. William B. Shubb |

Arman Marukyan (Cal. SBN 327150)
*arman@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff
ANTHONY PADILLA

Case No.   2:24-cv-02318-WBS-SCR
ORDER GRANTING STIPULATION TO STAY CASE PENDING MEDIATION

The Court, having received and reviewed the Stipulation to Stay Action Pending Mediation, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS:**

1. The Action is stayed in its entirety until May 30, 2025;

2. The Scheduling Conference currently set for January 13, 2025 is continued to **June 16, 2025 at 1:30 p.m.**; and

3. The Parties shall file a joint status update no later than **June 2, 2025**, informing the Court of the status of the case.

**IT IS SO ORDERED.**

Dated:  January 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE