1  JARED L. PALMER, CA Bar No. 287974
   jared.palmer@ogletree.com
2  CAROLYN B. HALL, CA Bar No. 212311
   carolyn.hall@ogletree.com
3  TRINITY E. TAYLOR, CA Bar No. 310947
   trinity.taylor@ogletree.com
4  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
5  One Embarcadero Center, Suite 900
   San Francisco, CA  94111
6  Telephone:    415-442-4810
   Facsimile:     415-442-4870
7
   RICARDO R. BOURS, CA Bar No. 325020
8  ricardo.bours@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
9  STEWART, P.C.
   Esplanade Center III, Suite 800
10 2415 East Camelback Road
   Phoenix, AZ  85016
11 Telephone:    602-778-3700
   Facsimile:     602-778-3750
12
   Attorneys for Defendant
13 APL LOGISTICS WAREHOUSE
   MANAGEMENT SERVICES, INC.
14
   *[Additional parties on the next page]*
15

16                    **UNITED STATES DISTRICT COURT**

17                    **EASTERN DISTRICT OF CALIFORNIA**

18 | ANTHONY PADILLA, individually, and on behalf of other members of the general public | Case No. 2:24-cv-02318-WBS-SCR |

18 ANTHONY PADILLA, individually, and on
   behalf of other members of the general public
19 similarly situated,

   Plaintiffs,
20

21          v.

22 APL LOGISTICS AMERICAS, LTD., a
   California corporation; APL LOGISTICS
23 WAREHOUSE MANAGEMENT
   SERVICES, INC., a Florida corporation;
24 CARMICHAEL INTERNATIONAL
   SERVICE, a California corporation; APL
25 LOGISTICS GROUP, an unknown business
   entity; APL LOGISTICS LTD., an unknown
26 business entity; and DOES 1 through 100,
   inclusive,
27
                     Defendants.
28

Case No. 2:24-cv-02318-WBS-SCR

**ORDER GRANTING STIPULATION TO
STAY ACTION PENDING MEDIATION**


Complaint Filed:  April 25, 2024
Trial Date:          None Set
Judge:               Hon. William B. Shubb

Arman Marukyan (Cal. SBN 327150)
*arman@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 N. Brand Blvd., Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile: (818) 265-1021

*Attorneys for* Plaintiff
ANTHONY PADILLA

## ORDER

The Court, having received and reviewed the Stipulation to Stay Action Pending Mediation, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS:**

1.  The Action is stayed in its entirety until December 1, 2025;

2.  All currently pending and/or scheduled deadlines, hearings and conferences are vacated;

3.  The Parties shall file a joint status update no later than December 2, 2025, informing the Court of the status of the case; and

4.  The Scheduling Conference is reset for **December 15, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: May 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE