**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-02318-WBS-SCR<br>Judge:    Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STAY OF CASE**<br><br>Complaint Filed:  April 25, 2024<br>Trial Date:    None Set |

The Court, having received and reviewed the Stipulation to Continue Stay of the Case, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS:**

1. The Action is stayed in its entirety until February 2, 2026;
2. All currently pending and/or scheduled deadlines, hearings and conferences are vacated;
3. The Scheduling Conference is continued to **February 23, 2026 at 1:30 p.m.**; and
4. The Parties shall file a joint status update no later than **February 9, 2026**, informing the Court of the status of the case.

**IT IS SO ORDERED.**

Dated:  December 3, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE