# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-02318-WBS-SCR
Judge: Honorable William B. Shubb

**ORDER GRANTING STAY**

Complaint Filed:    April 25, 2024
Trial Date:        None Set

Case No.   2:24-cv-02318-WBS-SCR

ORDER GRANTING STAY

The Court, having received and reviewed the Joint Status Update, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS**:

1. The Action is stayed in its entirety until March 2, 2026; and

2. All currently pending and/or scheduled deadlines, hearings and conferences are vacated.

3. The Scheduling Conference is continued from February 23, 2026 to March 9, 2026, at 1:30 p.m. The parties Joint Scheduling Report shall be filed one week before the conference.

**IT IS SO ORDERED.**

**Dated:  February 10, 2026**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Case No.   2:24-cv-02318-WBS-SCR

ORDER GRANTING STAY