# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02318-WBS-SCR<br>Judge: Honorable William B. Shubb<br><br>**ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Complaint Filed:   April 25, 2024<br>Trial Date:       None Set |

Case No.   2:24-cv-02318-WBS-SCR

ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE

The Court, having received and reviewed the Joint Status Update, pursuant to the joint request of counsel, and finding good cause therefor, **HEREBY ORDERS AS FOLLOWS**:

1. The Action is stayed in its entirety until April 9, 2026;
2. All currently pending and/or scheduled deadlines, hearings and conferences are vacated;
3. The Scheduling Conference is continued from March 9, 2026, at 1:30 p.m. to **May 4, 2026 at 1:30 p.m.**
4. A further joint status report shall be filed no later than **April 20, 2026**.

**IT IS SO ORDERED.**

Dated:  March 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1                    Case No.   2:24-cv-02318-WBS-SCR

ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE