# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-02318-WBS-SCR

**ORDER SETTING STATUS CONFERENCE RE SETTLEMENT**

Complaint Filed: April 25, 2024
Trial Date:    None Set
Judge:    Hon. William B. Shubb

Case No.   2:24-cv-02318-WBS-SCR

ORDER SETTING STATUS CONFERENCE RE SETTLEMENT

The Court, having received and reviewed the Parties' Joint Status Report Re Settlement, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS:**

1.  All currently pending and/or scheduled deadlines, hearings and conferences are vacated;

2.  The Court sets a further Status Conference re Settlement for **July 13, 2026 at 1:30p.m** in Courtroom 5 (WBS); and

3.  The Parties shall file a Joint Status Report no later than **June 29, 2026**, informing the Court of the status of settlement.

**IT IS SO ORDERED.**

Dated: April 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SETTING STATUS CONFERENCE RE SETTLEMENT