# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:24-cv-02318-WBS-SCR

**ORDER SETTING STATUS CONFERENCE RE SETTLEMENT**

Complaint Filed: April 25, 2024
Trial Date:       None Set
Judge:            Hon. William B. Shubb

Case No.   2:24-cv-02318-WBS-SCR
ORDER SETTING STATUS CONFERENCE RE SETTLEMENT

The Court, having received and reviewed the Parties' Joint Status Report Re Settlement, and finding good cause therefore, **HEREBY ORDERS AS FOLLOWS:**

1. The Court sets a further Status Conference re Settlement for **November 2, 2026 at 1:30p.m.**; and

2. The Parties shall file a Joint Status Report no later than **October 19, 2026**, informing the Court of the status of settlement.

**IT IS SO ORDERED.**

Dated:  June 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE