UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PADILLA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APL LOGISTICS AMERICAS, LTD., a California corporation; APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES INC., a Florida corporation; CARMICHAEL INTERNATIONAL SERVICE, a California corporation; APL LOGISTICS GROUP, an unknown business entity; APL LOGISTICS LTD., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:24-cv-02318-WBS-SCR<br><br>Honorable William B. Shubb United States District Judge<br><br>[Removed from San Joaquin Superior Court Case No. STK-CV-UOE-2024-0005009]<br><br>**ORDER ON JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT**<br><br>Complaint Filed: April 25, 2024 |

The Court, having considered the Parties' Joint Stipulation to Remand the Action to State Court ("Stipulation"), and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Parties' Joint Stipulation is approved.
2. This case shall be remanded to the Superior Court of the State of California for the County of San Joaquin, Case No. STK-CV-UOE-2024-0005009.

**IT IS SO ORDERED.**

Dated: July 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE